# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH THAYER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; <br><br> Plaintiff, <br><br> v. <br><br> SFR3 RENOVATION, LLC, <br><br> Defendant, | CASE NO. 5:24-CV-00624-CEH <br><br> MAGISTRATE JUDGE CARMEN E. HENDERSON <br><br><br> **ORDER OF DISMISSAL** |

The parties have informed the Court that this matter has been settled. (*See* ECF 16). Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order.

IT IS SO ORDERED.

Dated: November 12, 2024

s/ *Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE
